United States of America

vs.                                                             Case No. 1:10-cr-41-01

Michael Howard Reed

## CLERK'S MINUTES

PROCEEDINGS: INITIAL APPEARANCE and ARRAIGNMENT

| | |
|---|---|
| PRESIDING MAG JUDGE: Hon. Alice R. Senechal | DATE: Tuesday, June 15, 2010 |
| DEPUTY CLERK:   HE | TIME: 10:57 AM |
| USPPSO:  DJ | RECESS: 11:17 AM |
| | Recorded at 100615-001 |

===============================================================================

Counsel for USA: Thomas Wright
Standby Counsel for Defendant: James Hovey (CJA counsel)
-----------------------------------------------------------------------------------------------------------------
Court states persons present.
Defendant states he is not Michael Howard Reed and makes requests to the court.
Court states purpose of hearing and advises Defendant of his right to remain silent.
Defendant states he will not take an oath.
Defendant states his name is Boakaakonannaishkawahanden, states he does not know his age and requests the court to produce its authority.
Govt suggests the hearing continue or that the court wait 30 days to proceed with the initial appearance.
Defendant requests the court produce its jurisdiction.
Court states an Indictment has been filed, advises Defendant of the charges and the maximum penalties: Count One - 10 years in prison, supervised release up to 3 years, $250,000 fine, restitution, $100 special assessment; Count Two - same as Count One; Count Three - same as Count One; Count Four - same as Count One; Count Five - same as Count One.
Court advises Defendant of his rights at trial and of his right to counsel.
Court asks Defendant if he wishes to apply for counsel.
Court notes there is no response and that Mr. Reed has sat with his hands over his ears while the charges were read. Court asks Defendant is he is ready to enter pleas to the charges.
Court notes there is no response but given Defendant's earlier statements the court is confident that Defendant understands the charges.
Defendant states he is not Mr. Reed.
Court enters not guilty pleas to the five charges on behalf of the Defendant.
Govt states it is following an open discovery policy and estimates 2-3 days for trial.
Defendant states he does not want standby counsel and the attorney will be fired.
Court states Mr. Hovey will act as standby counsel, and that trial scheduling information will be provided.
Govt states Defendant is currently serving an 18 month prison sentence and inquires regarding a trial judge assigned.

Court responds.
Hovey requests that Defendant be allowed to review the bond report.
Court responds.
Adjourned.