**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| United States of America,            ) | |
| ) | Case No. 1:10-CR-41 |
| Plaintiff,       ) | |
| ) | **PRETRIAL MOTIONS** |
| v.                   ) | |
| ) | |
| Michael Howard Reed and        ) | |
| Gregory Allen Davis,           ) | |
| ) | |
| Defendant.    ) | |

 James D. Hovey as standby counsel for defendant boa-kaa-konan-na-ishkawaanden = Michael-Howard-Reed has been asked to file the attached motions on behalf of defendant.  Your undersigned standby counsel makes no representations as to the contents of these motions but merely acts as a mechanism for them to be electronically be filed through the PACER system.

 Dated this 12th day of July, 2010.

          /s/ **JAMES D. HOVEY**, ND ID# 05433
          PEARSON CHRISTENSEN & CLAPP, PLLP
          24 North 4th Street - P.O. Box 5758
          Grand Forks, ND  58206-5758
          (701) 775-0521; FAX (701) 775-0524
          Attorney for Michael Reed