IN THE UNITED STATES DISTRICT
COURT OF NORTH DAKOTA
SOUTHEASTERN DIVISION
SOUTHWESTERN DIVISION
NORTHEASTERN DIVISION
NORTHWESTERN DIVISION

UNITED STATES OF AMERICA
                    PLAINTIFF

            V.

MICHAEL HOWARD REED ©™
  GREGORY DAVIS AKA©™
  Zakiz-Aanakwad ©™
            ALLEGED Defendants
  Case # 1:10-CR-00041
  Case # 1:10-CR-00041-01
  CASE # 3:10-CV-00030
  CASE # 4:09-CR-00076
  CASE # 4:09-CR-00076-01

              AND
UNITED STATES COURT OF APPEALS
    FOR THE EIGHTH CIRCUIT

        NO: 10-2010


        Page 1 of 9

1. NOTICE OF DEFAULT; OPERTUNITY TO CURE;

2. NOTICE OF CONTRACT FOR ALL ASSIGNS, ASSIGNEES, JUDGES, COURT CLERKS;

3. NOTICE OF INTERNATIONAL ADMINNASTRATIVE PROCESS;

4. NOTICE OF CONTUTITON ARTICLE 6 SEC 2 TREATY OF 1778 7 STAT 13 AND 13-STAT 667 1863,

5. NOTICE OF DECLARATORY JUDGMENT 1974 I.C.C VOL 203

6 NOTICE, OF DEFAULT; JUDGMENT: AND FOREVER BARRED AND COLLATERAL ESTOPPEL BY RES JUDICATA NUNC-PROTUNK

7. NOTICE FOR RADIFICATION OF COMMENC-MENT; DUE TO PRYOR JUDGEMENT

8. ASE AFFIDAVIT; and
STATE OF NORTH DAKOTA )
                        ) SS. AFFIDAVIT
COUNTY OF              )

# INTRODUCTION

COMES NOW, Boa-Kaa-Konan-na-Ishnawaanden:- In Pace, in honer, Supper protest for dishoner, Sends greating and salutations To you and each of you that this presents; with cooperation, and to clear any defects along The way; without waiver, For orignal venu, and Jurisdiction, for Esens; heir's By Blood For the Little shehl of The Grate Turtle island: and Makes This AFFIDAVIT UNDER Penaltys FOR PURJURY FOR INTERNATIONAL LAW FOR THE GRATE TURTLE ISLAND; Stats ase Fallowes;

1. NOTICE OF DEFAULT, on June 15 1 Boa-kaa-konan-na-Ishkawunden: Squairlry chalanged U.S. Jurisdiction over Boa-haa-konan-na-ishnawaanden: Michael-Howard-Reed: and notice the U.S. attorney To produce there Letter of marque, and to Produce there Authourty over the acts of congress, and there Authourty over there contutition article 6 Section 2  contracts / treaty For

Proof of CIVIL and criminal Jurisdic-
tion over a Sovern nation hild
by treaty; WHERE For THE U.S
ATTORNEY Thomas J Wright Have
Fallen silent, THEREFOR you must Ancer
By July 19 2010. Sene-you(thomas-
J Wright et/al U.S. Attorney is the one
Asserting Jurisdiction the Burden of
Proof is now on you, U.S.A) McNutt v.
G-MAC 298 U.S. 178. 1thomson v Gaskell 83
LRed 111, Besso v U.R. 495 F2d 906:
Rosemound V. Lambert, 469 F2d 916,
Griffin v. matt 310 F, Supp 341, art 432
F2d 272, and if you do not PRoove
By affadavit under puNury By July
19, 2010 the court will not Have
criminal Jurisdiction + Proceed
and This case is DISMISSED; and

2 NOTICE of Contract For all assigns,
assignees, Judges, attorneys, court
Clerks, ase Fallowes; MAG JUDGE
Alice R. Senechal et/al, cheif Judge
WILLIAM JAY RILEY, et/al EIGHT CIRCUIT
Court et/al  Judge Charles B kornmann

Page 4 of 9

Chief Judge Karen E. Schreier et/al
Millie B. Adams circuit Executive et/al
Robert Ansley clerk DISTRICT OF NORTH
Dakota et/al, Joseph A. Hass clerk DISTRICT
OF SOUTH DAKOTA, Jan L. Holmgren U.S
attorney et/al, WHEREFOR, you must
ancer contract/AFFIDAVIT attachment
NT 3, PoinT By point under the
penaltys of Purjury By July 19. 2010;

3. NOTICE OF International Admin-
astrative process, and copyight,
attchment 2, 3, 4, 5, 6, 7, 8, 9, 10,
wherefor, you have Till July 19
2010 to Rebut all Five AFFIDAVIT
PoinT By point, and if you fall
Silent it is your tacit aggrement
to the contract; and

4 NOTICE OF COTUTITON ARTICLE
6 SECTION 2   When a treaty is
made it Becomes the supream
Law of the Land amd The court
Have no power To Look into the
power or Rights of the treaty,
with whom it was made, 13 Stat c 67
1863, 1778 7 Stat 13, Maden v. Ingersoll
1859 6 mich, 376; and att 8
                     Page 5 n.9

5. NOTICE OF CIVIL DECLARATORY
JUDGMENT ICC 1974 VOL 203 and
MONTANA SUPREAM COURT CASE
01-888 2001 and NOTICE OF
NO CRIMINAL JURISDICTION, NINTH
CIRCUIT COURT CASE 08-30223-
09-30052, therefor, esens people
Heris By Blood LITTLE ShELL FOR
the Grate turtle Island is not
under the Jurisdiction of the
UNITED STATES AMERICA or
THE STATE OF NORTH DAKOTA;
and see ATT 3, 11, 12

6. NOTICE OF DEFAULT JUDGEMENT
UNDER NOTARY PROTEST FOR NON
RESPONCE, THEREFOR, FOREVER BARRED
AND COLLATERAL ESTOPPEL BY
RESTUDICATA, NUNC-PROTUNK; and
see ATT 2, 3, 4, 5, 6, 7, 8, 9, 10, and
You must ancer By JULY 19, 2010, Point
By Point, under purvury; and

7. NOTICE FOR RADIFICATION OF COMM-
ENCMENT DUE TO LACK OF VENUSEE
1974 ICC VOL 203, and Jurisduction
and criminal jurisdiction march 16, 2010,
NINTH CIRCUIT COURT 08-30223, and
1778 7STAT 13, 1863 13 STATC 67, and
Contract Att 2, 3, 11-25-09, therefor,
the U.S. attorney and the court must
uphold all contracts/treaty and
Stop Being in violatiton of TITLE 18
1623, (a) (b), 18 USC § 2384, 1584
1589 (1) (2) 1451, 1458, 1589, 1641,
Court Rule 56(e) court Rule 12 B 1, 2, 3, 4, 5, 6
and TITLE 18 Part 1 chapter 47 sec
1001 - FRAUD-AND-FALSE-STATEMENT,
WHEREASR, YOUR NON RESPONCE
WILL BE YOUR AGREMENT FOR
AREST BY INTERPOL Ronald J. Noble
Secretariat General, 200 qual Charles
deGaulle, 69006 Lyon France, and
you MUST RESPOND BY AFFDAVIT to
Him By JULY 22, 2010, WHEREASE,
you HAVE JURISDICTION OVER THE U.C.C
and the esens-people Heir's By Blood,
Little Shell For the Grate turtle Island
see Att 3, 12, therefor, the court

Page 7 of 9

and the U.S.A. attorney have not
ancerd any AFFIDAVIT see Att 14,
25, 32, 34, 42, 71, THEREFOR IF
ALL PEOPLE DO NOT ANCKR you
WILL Have NO claim, and will stay
in VOID, and will serve as e
RADIFICATION OF COMMENCMENT:
CASE # 1:10-CR00041 and 1:10-CR000
41-01, 3:10-CV-00030, 4:09-CR-00076
4:09-CR-00076-01 and EIGHTH CIRCUIT
COURT # 10-2010; and


CONCLUSION

WHEREFOR, Thomas J Wright et/al and
Brendan V. Johnson, et/al and Jan L.
Holmgren et/al have Filed a Criminial/
Civle/ claim, Wherefor is proteceted
By Treaty, constution, and Judgement
has allredie ben mad, therefor, U.S
attorneys, Judges, courtclerks, are
Violating There owen laws, and have
Come in ase Third partys Interveners,
and made Fals Declarations, and

Commited kidnapping, and for
Ransom, and Piracy, wherease,
count 1,2,3, Has all Bedie Ben aJudicat
ed, and count 4, 5, Is proteced
By treaty 1778 7 stat 13 and 1868
13 stat 667 Wherefor when Notice
of Worng dooing or harm We must give
Notice; and By and through There
Constrtiton First Addmendment
articial fore, freedom of Speach,
"THEREINFOR" IF THE U.S ATTORNEYS
DO NOT ANCER POINT BY POINT
TO BE HELD ACCOUNTABLE, PUBLICALLY,
PRIVATELY, THROUGH YOUR OATH
OF OFFICE AS PUBLIC OFFICIALS,
TO ALL DAMMAGES, AND ALL CRIMES,
AS THIS WILL SERV ASE WRIT FOR
ARREST FOR NONRESPONCE DATED
JULY 19 2010, WITH 3 DAYS FORE
MAILING, JULY 22, 2010; AND THAT

Dated this 12th Day of July 2010

Bea-kan-komen-nar-ishkumanf
Bea-kan-komen-nar-ishkumanf
Michael-Howard-Reed:
UCC 1-207
Page 9 of 9

CERTIFICATE OF SERVICE

I, Boa-han-kenn-naishhann Certify That on July 12, 2010 The Following Dockument NOTICE OF DEFAULT: 1 — 8 was Fax to:

(OFFICE OF the Clerk
US DISTRICT COURT
Joseph A hass et/al
Robert Anshey et/al
Po Box 1193
BISMARCK N.D. 58502)

(U.S. COURT OF Appeals
For The eighth Circut
Room 500 Federal court
316 North Roberts St
ST. Paul, Minnesota
55101)

AND MAILED BY FIRST CLASS To all the Following people, above and Below

(Brendan V. Johnson et/al
Jan L. Holmgren et/al
US. ATTORNEYS
P.O. BOX 2638
SIOUX FALLS, S.D 57101)

(Thomas J. Wright et/al
325 S. FIRST AVE, suite 300
SIOUX FALLS S.D. 58701)

(U.S. Magistrate Tubak
Alice R. Senechal et/al
102 North 4th Street
Grand Forks N.D 58203)

(Chief Judge Eighth Circuit
William Jay Riley et/al
111 south 18th plaza suite 4305
Omaha Nebraska
68102-1322)

Page 1 of 3

(Judge Charles B Kornmann
PO Box 1193
BISMARCK ND 58502)

(Administrative office
of the U.S. Courts
One Columbus Circle NE
Washington D.C. 20544)

(High King Chief Scott Phillip Hayes)
827-7 Riverstone Road
WINNIPEG, MANITOBA
R2Y4E1  CANADA)

(Interpol
Ronald J. Noble  Secretariat General
200 quai Charles de Gaulle
69006 Lyon
France);

(United Nations
Treaty Department
1st Ave + E 44th st
New York, NY 10017)

Page 2 of 3

Hisaski, Owada ET/al Pres/ceo
International court of Justice
Peace Palace
Carnegieplein 2
2517 KJ The Hague
The Netherlands


LITTLE SheLL
P.O. Box 4
Bolette L.S. 58366


Dated this 12 Day of July 2010




Bax-kaa-komal-no-ishkumanny
Baa-kae kemer na-ishkanan

Page 3 of 3