Case 1:10-cr-00041-CBK Document 25-2 Filed 07/12/10 Page 1 of 15
Case 4:09-cr-00076-DLH Document 14 Filed 11/25/09 Page 1 of 9
NOV-25-2009 10:04 From:7018525020 Page:2/15

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

UNITED STATES OF AMERICA )
) CASE # 4:09-CR-076
)
V. )
) MEMORANDUM AND
) POINTS FOR AUTHORITY
Michael Howard Reed ) FOR MOTION FOR
) REVIEW FOR RELEASE
) ASE AFFIDAVIT AND
) REPRESENTATION
) AND WARRANTY
) FOR CONCLUSION FOR LAW
)
)

MEMORANDUM AND POINTS FOR AUTHORITY
FOR MOTION FOR REVIEW FOR RELEASE
ASE AFFIDAVIT AND REPRESENTATION
AND WARRANTY FOR CONCLUSION FOR LAW

STATE OF NORTH DAKOTA )
)
) SS. AFFIDAVIT
)
)
COUNTY OF _____ )

I Michael Howard Reed of sound mind over the age of 18 competent for testifying under Perjury Having first Hand Knowledge; am that

Page 1 of 8

Case 1:10-cr-00041-CBK   Document 25-2   Filed 07/12/10   Page 2 of 15
Case 4:09-cr-00076-DLH   Document 14   Filed 11/25/09   Page 2 of 3
NOV-25-2009 10:04   From:7018525020

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE # 4:09-CR-076 |
| v. | MOTION FOR REVIEW FOR RELEASE |
| Michael Howard Reed | RULE 46, 18 U.S.C. 3145(a)-(2) |

## MOTION FOR REVIEW FOR RELEASE
## RULE 46, 18 U.S.C. 3145 § (a)(2)

COMES NOW, Michael Howard Reed and files this motion for Review for Release Rule 46, 18 U.S.C. 3145 § (a)(2), and Request this Honorable Court for Granting Release 18 U.S.C. 3141 § (a);

and Prays for Release;

Michael Howard Reed
UCC 1-207
11-25-2009

Case 1:10-cr-00041-CBK   Document 25-2   Filed 07/12/10   Page 3 of 15
Case 4:09-cr-00076-DLH   Document 14   Filed 11/25/09   Page 3 of 9
NOV-25-2009 10:04   From:7018525020                              Page: 4/15

## introduction

Comes now, Michael Howard Reed in peace; in honor, Supper Protest for Dishoner, sends greeting and salutations to you and every one that Reads this, with cooperation, makes this affidavit for this Honorable Court without waiver for any defense or Jurisdiction; and that

## MEMORANDUM

On 10-21-2009 the F.B.I arrested Michael Howard Reed at 6:30 AM and took him to the fed Building in Las Vegas Nevada and Booked Him and then Brought Him in front of the Judge at 1:30 PM for the appearance, whereupon, He was handed the arrest Warrants and the indictment filed on 9-24-09, and was not afforeded any time for Rebuting a hearing for Detenshion, "emphasis added" thereinpon, this is violation of Due Process for the law, whereas, this is the Reason for filing for motions for Review for Release and Appeal; and that

Page 2 of 8

Case 1:10-cr-00041-CBK   Document 25-2   Filed 07/12/10   Page 4 of 15
Case 4:09-cr-00076-DLH   Document 14   Filed 11/25/09   Page 4 of 9
NOV-25-2009 10:04   From:7018525020   Page:5/15

Representations and Warenties

WHEREAS "EMPHASIS ADDED" The Plaintiff Must Rebutt Point By point under the penaltys for pugary, there fer the alledge defendant accepts the offer to contract dated 9-24-09 and 9-21-09, and Must prove with evedance for keeping Michael Howard Reed in Detention, and if the united States attorney at any time Herinafter fails to prove Point By Points The united States District Judge Must Release Michael Howard Reed Pursuent to title 18 U.S.C 3048(a); and that.

1. The united States attorney, can Prove with evedance that Michael Howard Reed has ever commited civil ASSAULT with mallace; and that

2. United States attorney can Prove with evedance, that Michael Howard Reed Has ever commited Domestic violentence on any one person; and that

Page 3 of 8

Case 1:10-cr-00041-CBK   Document 25-2   Filed 07/12/10   Page 5 of 15
Case 4:09-cr-00076-DLH   Document 14   Filed 11/25/09   Page 5 of 15
NOV-25-2009 10:05   From:7018525020

3. United States attorney can prove with evedance that Michael Howard Reed ever commited "Simple assault"; and

4. United states attorney can prove with evedance that Michael Howard Reed ever commited "Simple assault on any one person in any communy for any township; and that

5. United States attorney can prove with evedance that Michael Howard Reed ever commited "aggravated assault"; and that

6. The United States attorney can prove with evedance where Michael Howard Reed ever commited "AGGRAVATED ASSAULT" on any person in any coummunity in North Dakota, Rolette county or in any county; and

7. That United States attorney can prove with evedance that Michael Howard Reed ever Did knowingly possess in and affecting commerce with a firearm presuent fore Title 18 U.S.C §§ 922(g)(2) 924(a)(2) and 924(d) and 28 U.S.C. §2461(c)

Page 4 of 8

Case 1:10-cr-00041-CBK   Document 25-2   Filed 07/12/10   Page 6 of 15
Case 4:09-cr-00076-DLH   Document 14   Filed 11/25/09   Page 6 of 7
NOV-25-2009 10:05   From:7018525020

under the penaltys for Purjure for the laws of the United Stats of america"; and

8. That United States attorney can Prove with evedance with first Hand Knoladge That Michael Howard Reed is a Threat to any coummunity; and

9. The United States attorney can Prove with evedance and first hand knoladge That Michael Howard Reed has Ben convicted of any FELONIES; and That

10. The United Stats attorney can Prove with evedance that Michael Howard Reed Ben Convicted for Possession of controlled Substance with intent to Sell and Transport of Controlled Substance Felonies; and

Page 5 of 8

Case 1:10-cr-00041-CBK   Document 25-2   Filed 07/12/10   Page 7 of 15
Case 4:09-cr-00076-DLH   Document 14   Filed 11/25/09   Page 7 of 9
NOV-25-2009 10:05   From:7018525020                            Page:8/15

11. The United Stats attorney can prove that with evedance where Michael Howard Reed was a convicted felon, with a firearm, and in possession of firearm and Being a fugitive from justice, under the penaltys of purjure for the laws fore the United States; and

12. The United Stats attorney can prove with evedance where he Has first Hand Knoladge, and is no in violation of Rules of Court Rule 802, under the penalatys of Purjury; and that

13. United Stats attorney can prove with evedance under Purjury, that Michael Howard Reed Had in his possesion 15 Rounds of Remington Brand 9mm caliber ammunition and 10 Rounds of E.L.D. Brand 9mm caliber ammunition in violation of title 18 V.S.C 922 (g)(2) and 924 (a)(2); and that

14. United Stats attorney can prove with evedance that Michael Howard Reed Should Not Be Released from Detention on own Personal Recognisance title 18 U.S.C. 3142(1)(5); and that.

page 6 of 8

Case 1:10-cr-00041-CBK    Document 25-2    Filed 07/12/10    Page 8 of 15
Case 4:09-cr-00076-DLH    Document 14    Filed 11/25/09    Page 8 of 9
NOV-25-2009 10:05    From: 7018525020    Page: 9/15

15. The United States attorney can prove with evedance under purjury That Michael Howard Reed fits the Definitions of Chapter 44 firearms 18 U.S.C. 921§(15); and

16. That United States attorney can prove with a synghed contract for granting the Use of a copy wrighted Name Michael Howard Reed copywrighted, in 2003 Helena Montana, and why thay are not "Liable TO penalty" D.C.N.J., 53 F.2d 239, 241; and that.

## CONCLUSION OF LAW

"THEREFOR", the United States attorney must anser point By point in open court on 11-25-2009 with proof, and evedance under purjury, and first hand knaladge, present for the laws of the United States, wherefor, United States attorney, must not use Hearsay; Rule 802, and must Reslye on ultmate issue, Rule 704 ultmate issues are matters for the trier of fact alone, WHEREASE, the

Page 7 of 8

Case 1:10-cr-00041-CBK Document 25-2 Filed 07/12/10 Page 9 of 15
Case 4:09-cr-00076-DLH Document 14 Filed 11/25/09 Page 9 of 15 Page: 10/15
NOV-25-2009 10:05 From: 7018525020

evedance shows that the alleg defendant Michael Howard Reed is not in violation 18 U.S.C. 3142§(f), and should Be Release Pursuant to Title. 18 U.S.C. 3142§(b), and schedule a court Date 20 Days from to Day for the united stats attorney for ancering all Repesation and warranty under the penaltys for prejurey; and that

THEREUPON, non Response for Representation and warranty from the united stats attorney within 20 Days, will Be in Default and will Be held liable for "TRUE BILL" FoR 1,200,000.00 one million Two hundred Thousand Dollars, and Must Drop all charges on Michael Howard Reed;

Dated 11-25-2009   Michael Howard Reed
                    Michael Howard Reed©
                    UCC 1-207

This document, Boa-Kak-Konsn-Na-Ishkawaenden-Michael-Howard-Reed-ORIGNAL-CREDITOR-ORIGNAL-Beneficary;-FoR-MICHAEL-HOWARD-REED-ORIGNAL-DEBITTOR-TRUSTE-AGENT; Subscribed and affirmed was signed and executed Before me _____ Notary for the State of North Dakota this ____ Day of ____ 2009

Page 8 of 8   notary Public



OFFICIAL USE ONLY:

```
3034493
Page: 1 of 6
02/04/2000 12:30P
Bk-1127 Pg-0002
Lewis & Clark County    AF
```

# Declaration in the Nature by an Affidavit

# Copyright Notice

*In the matters for commerce. All commerce operates in truth, all parties for full disclosure make demand for the truth: Who are you? Who do you represent and who is the real party of interest? Is the real party of interest the commonwealth of Britain, the British Crown, the Queen's Banner/Flag? What country dose the flag in the United Stats and State Court Houses, the Houses, and the Senate, State and Federal and the oval offices, State and Federal represent? Have you desecrated our Flag of Liberty, Old Glory, the Lawful Flag of the United States defined by 4 USC?*

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract for Waiver of Tort Presented by I, Me, My, Myself, (addressee), the Title Owner, natural living soul, (named as Michael Howard Reed), one of We the People under Original Common Law Jurisdiction by the (Montana State) and United States of America Contracts, the Constitutions. This Affidavit for Truth in Commerce and Contract for Waiver of Tort supersedes any and all Affidavits for Truth in Commerce and Contract for Waiver of Tort by Me before.

| | | |
|---|---|---|
| Republic and one of the | § | |
| Several United States | § | ss |
| (Montana State) | § | |
| In America | § | |

For: Whom it may concern: In the Matter for My private property, the Fictions known as MICHAEL HOWARD REED©, MIKE REED©, MICHAEL H REED©, Michael Howard Reed©, Mike Reed©, Michael H Reed©, (and all derivatives or idem sonans thereof):

I, Me, My, Myself, (hereinafter Title Owner) the undersigned for one for We the People, Sovereigns, Principals in Fact, natural born living souls, the Posterity, born and living upon the land in the one for several counties within the one for tOhe several States united for America, the Republic, the undersigned Title

Case 4:09-cr-00041-CBK Document 25-1 Filed 12/21/09 Page 2 of 6
Case 4:10-cr-00041-CBK Document 25-1 Filed 02/12/10 Page 11 of 15
Louis & Clark County
3834493
Page: 2 of 6
02/04/2008 12:30P
Bk-M27 Pg-8582

owner and Principal, Posterity, and Holder in Due Course hereinafter I, Me, My, Myself, the Title Owner, do hereby solemnly declare, say, state, and make known:

1. I, Me, My, Myself, the Title Owner am competent for stating the matters set forth herein.
2. I, Me, My, Myself, the Title Owner have first hand knowledge concerning the facts stated herein.

All the facts stated herein regarding *this matter* are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating I, Me, My, Myself, (addressee), the Title Owner shall state.

## Plain Statement of Facts

A matter must be expressed for being resolved. In commerce truth is sovereign. Truth is expressed in the form for an Affidavit.

An Affidavit not rebutted stands as Truth in commerce. (Truth) Affidavits not rebutted after ( 30 ) days, become the judgment in commerce. (Truth) Affidavits, under commercial law, can only be satisfied: by (Truth) Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a Common Law jury.

I, Me, My, Myself, the Title Owner am expressing truth by this Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract for Waiver of Tort Presented by Me, (addressee), natural living soul, the Title Owner, one for We the People under Original Common Law Jurisdiction for the (Montana State) and United States of America Contracts, the Constitutions. hereinafter the Republics.

WHEREAS, the public record is the highest evidence form, I, Me, My, Myself, (addressee), the Title Owner, (named as Michael Howard Reed), am hereby timely creating public record by Declaration with this Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract for a Tort Waiver Presented by Me, (addressee), the Title Owner, natural living soul, one for We the People under Original Common Law Jurisdiction for the (Montana State ) and United States of America Contracts, the Constitutions.

1. Fact: The persons known as MICHAEL H REED, MICHAEL HOWARD REED, MIKE REED, Michael H Reed, Michael Howard Reed, Mike Reed, (and all derivatives or idem sonans thereof) are fictions without form or substance, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for (Montana state) and any one for the several States by the alleged Government officials and Agents for the un-incorpated Commercial Stats and Commercial Courts for the

3034493
Page: 3 of 6
02/04/2003 12:30P
Bk-M27 Pg-0502
Lewis & Clark County

disfranchising purpose, We the People for (Montana state) and any one for the several States, from our Life, Liberty, Property, and Happiness Pursuits, among other Rights, for their self enrichment using their (Montana state) Rules of Civil Procedure ___ and other Laws, Statutes, Rules, Policies, and Procedures outside the Law authority and our Courts by original jurisdiction.

2. Fact: I, Me, (addressee), the Title Owner, have placed a Copyright beginning on February 4, in the Year of Our Lord, Two Thousand, and Three, nunc pro tunc, on the Fictions issued for Me, (addressee), without My Permission or consent by assent known as MICHAEL HAROLD REED, MIKE REED, MIKE H. REED, Michael H. Reed, Michael Reed, Michael Howard Reed (and all derivatives or idem sonans thereof) and are now My private property and cannot be used without My prior written consent and then only under the terms set out in this contract Declaration.

3. Fact: The Fictions are My perfected securities and recorded in the county records by contract with Me, (addressee), the Title Owner, (named as Michael Harold Reed), and with the Secretary under State of ( Montana) as such forever and are My recorded Copyright Fictions by this declaration under original common law jurisdiction forever and are owned by Me, (addressee) the Title Owner ( called by the name, Michael Howard Reed), Principle in Fact, Holder in Due Course, and are My private property for My Estate protection, My Life, My Liberty, and My Pursuit of Happiness.

4. Fact: Using My Copyright Fictions on any document associated in any manner with My Estate or Me, (addressee), the Title Owner, ( called by the name, Michael Howard Reed), Principal in Fact, Holder in Due Course, and Secured Party, Exempt from Lien or Levy, without full disclosure, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain of one hundred thousand (100,000.00) dollars, silver specie immediately, in lawful coinage for the United States of America per user and per issuer per Fiction.

5. Fact: Using My Copyright Fictions for the intended gains for themselves (the issuers or users) or for any of My Rights, My private property or any part about My Estate with out full verified disclosure and without My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for one million (1,000,000.00) dollars silver specie immediately, in lawful coinage for the United States of America as defined under Article 1, Section 10 of We the Peoples Contract/Constitution for the United States of America per using My Fiction including any past, present or future use.

6. Fact: Using My Copyright Fictions on any document associated in any manner with My Estate or Me, (addressee), the Title Owner, (called by the name, Michael Howard Reed), Principal in fact, Holder in Due Course and Exempt from Line or Levy, without full verified disclosure and My written prior consent is all the

3034493
Page: 4 of 6
02/04/2008 12:30P
Bk-1127 Pg-8982
Lewis & Clark County

evidence required for enforcing this agreement/contract and evidence that any and all users and issuer are in full agreement and have accepted this agreement/contract under the terms so stated and set forth herein and due and payable immediately under the terms and conditions set forth herein by this agreement/contract.

I, Me (addressee), the Title Owner, (called by the name Michael Howard Reed), and Principal in Fact, hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the Truth may be ascertained, preserved, and proceedings justly determined.

If any natural living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me In writing by verified Declaration/Affidavit form within three (3) days from recording hereof, providing Me with your verified counter Declaration/Affidavit, proving with specificity and particularity by stating all requisite actual evidentiary fact/s and all requisite actual law/s, and not merely the ultimate facts and law conclusions or color of law, that this Affidavit by Declaration is substantially and materially false sufficiently for changing materially My or the Copyright Fictions" status and factual declaration.

Your silence stands as assent, agreement, stipulation, confession, consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this Affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and enforceable by law.

The criminal penalties for commercial fraud is determined by jury in law. The monetary value is set by Me for violation against My rights, for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for the United States of America as defined by Article 1, Section 10 under the Constitution, by We the People for the United States, The Republic, and will be due and payable immediately or any day there after as use occurs after recording by Me, in the public records for the county Lews&Clark, (Montana state), under this declaration.

The Undersigned, I Me, (addressee), the Title Owner, (called by the name, Michael Howard Reed), Principal in Fact, Holder in Due Course for original, do herewith declare, make known, state and say that I, Me, (addressee), issue this with sincere intent in truth, that I, Me, (addressee), the undersigned Title Owner, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by Me, undersigned (addressee).

Notice for the Agents is Notice for the Principals and Notice for the Principals is Notice for the Agents applies under this Notice/Document. Applicable to all Successors and Assigns. <u>Silence is Acquiescence.</u>

Notice for the county Recorder and/or county Clerk for the county Harris, ( Montana state) and record court for original jurisdiction, is Notice for all. **Notice:** This Affidavit is neither subject to judicial review nor subordinate to any legislative acts.

Without Prejudice, the Common Law Remedy provided at U.C.C. 1-207 and Without Dishonor.

Me, (addressee), the Title Owner, Principal in Fact, and Holder in Due Course for original

*[signature: Michael J. Reed]*

Michael Howard Reed, Agent for Me
Temporary Mailing location
C/O 3218 Lansing Road
East Helena, Montana 59635

## Notice

The use of a Notary Seal or any other Seal on this document does not constitute any adhesion, nor does it alter My status in any manner. The purpose of notary is for verification and identification only and not for entrance into any foreign jurisdiction, or for the benefit of those who are blinded to the Truth.

State:      ( Montana )          §
                                 §     ss:
                                 §
County:     ( Lewis and Clark )

This instrument was acknowledged before me, a Notary Public in and for the State of (Montana), on this the

Name: _____

Notary Public in and for the State of Montana

Address _____

NOTARY PUBLIC for the State of Montana
Residing at Helena, Montana
My Commission Expires August 18, 2003

## Certificate of Service

This is to certify that a true copy of the forgoing document, Verified Declaration in the Nature by an Affidavit for truth in commerce and contract for Tort Waiver presented by Me, (addressee), the T Owner, natural living soul, (who is called by the name, Michael Howard Reed), Principal in Fact, and Holder in Due Course for original, one of We the People under Original Common Law jurisdiction of (any state) and United States of America Contracts, the Constitutions, is recorded in the public records by the recorder for the Court (also titled as County Clerk) (for the Court of Records), for the county of Lewis and Clark, this Forth February in the year, Two Thousand and Three A.D. as Notice to the Agent is Notice to the Principals, and for all other matters and for Notice for all parties including any and all competent witnesses, all party(s) and all other claims pertaining to the Fictions dating back to the year of their creation.

By Me (addressee) Michael Howard Reed

For: The Clerk
    Lewis and Clark Recorder's Office

AFTER RECORDING, RETURN TO:

Michael Howard Reed
C/o: 3218 Lanning Road
East Helena
Montana 59635



3034493
Page: 6 of 6
02/04/2003 12:30P
Bk-R27 Pg-3592

Lewis & Clark County