UCC 3-419                                                                                                          UCC 8

UNITED STATES DISTRICT COURT

DISTRICT OF NORTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE 1:10-cr-00041-0001 |
| ) | |
| vs. ) | AFFIDAVIT OF NON CORPORATE |
| ) | STATUS AND GENEALOGY |
| ) | |
| MICHAEL H. REED ©™ ) | |
| GREGORY ALLEN DAVIS ©™ ) | |
| ) | |

STATE OF NORTH DAKOTA )
                       ) SS. AFFIDAVIT
COUNTY OF GRAND FORKS  )

Comes now, by "special appearance" (emphasis added; Black's Law 8th edition) Bookwanawahkawaunkh: Michael-Howard-: Reed-original-heir-by-blood-for-the-Great-Turtle-Island Non-corporat/citizenship/trustee/corporation/entity/agent/ indian/BIA/DIA/Beneficiary-for-the-United-States-of-America-Inc.; in peace, in honor, super protest for dishonor, sends greetings and salutations to you and each of you that this presents; with cooperation and to clear any defects along the way: without waiver for original venue, jurisdiction, for esens, heris by blood for the Little Shell, for the Great-Turtle-Island; states as followes;

Page 1 of 3

1. I Boa-kaa-Konan-na-Ishkawaanden: IS NOT MICHAEL H. REED, 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, "CORPORATE CITIZEN," of The United States of America; and

2. I Boa-kaa-Konan-na-Ishkawaanden: IS a heir with all Territorial rights In The fullest and most ample manner, as it hath been bounded by former Treaties for The grate-Turtle-Island: Sept 17, 1778 7 Stat 13; See Attchment D

3. I Boa-kaa-Konan-na-Ishkawaanden: IS a decendant of Capt. John-Kill-Buck: and capt-Pipe, See True and corectT copy of Genealogy Attchment E; and

4. I Boa-kaa-Konan-na-Ishkawaanden: IS NOT A.K.A. For MICHAEL HOWARD REED, or MICHAEL H. REED©™, 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 IS ONLEY A CORPORATE CITIZEN NOT THE REAL MAN ON THE LAND For THE Grate Turtle-Island: and

5. I Boa-kaa-Konan-na-Ishkawaanden: IS over The age of 18 and compentent TO TESTIFY, The real party of interest; and

The use of a notary on this dockument does not constitute any adhesion, nor does it alter my status in any manner; The purpose of a notary is for verification only; and

This dockument Affidavit of non corporate status and Genealogy presented by Boa-kaa-konan-na-Ishkawaanden©TM; Subscribed and affirmed, was signed and executed befor me a Notary public for The state of NORTH DAKOTA This 30th day of august 2010;

*Boa-kaa-konan-nd-Ishkawaanden*
A.R.R. T.D.C. UCC 1-207

_____
notary public